**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**RODREGUS WATTS**,

     Plaintiff,

v.

**WARDEN MARTY ALLEN**,

     Defendant.

Civil Action No. 7:13-CV-122 (HL)

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 21) in which he recommends granting Defendant's Motion to Dismiss. (Doc. 14). Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby grants Defendant's Motion to Dismiss.

**SO ORDERED**, this 5th day of June, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks